```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2020
```

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DONNA HEDGES, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY
SITUATED,

                        Plaintiffs,

                     - v -

REGENT UNIVERSITY,

                        Defendant.

-------------------------------------------------------------x

Case No.: 1:20-cv-05950

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

     Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: 9/11/2020

_____
Jeffrey M. Gottlieb
**GOTTLIEB & ASSOCIATES**
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
E-mail: nyjg@aol.com

*Attorneys for Plaintiff*

_____
Joshua A. Stein
Shira Blank
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

_____

Date: _____

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

Dated: September 12, 2020

                                            _____
                                              GREGORY H. WOODS
                                           United States District Judge